1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3  JAMES A. SCHARF (CABN 152171)
   Assistant United States Attorney
4
   150 Almaden Blvd., Suite 900
5  San Jose, California 95113
   Telephone:  (408) 535-5044
6  Facsimile:    (408) 535-5081
   Email: james.scharf@usdoj.gov
7
   Attorneys for Defendant US DOJ
8

9
                           UNITED STATES DISTRICT COURT
10                        NORTHERN DISTRICT OF CALIFORNIA

11

12 Electronic Frontier Foundation,        )   Case No. 15-cv-03186-MEJ
                                          )
13         Plaintiff,                     )   CONSENT TO PROCEED BEFORE MJ
                                          )
14         v.                             )
                                          )
15 Department of Justice,                 )
                                          )
16         Defendant.                     )
17 _____)

18     In accordance with the provisions of Title 28, U.S.C. Section 636(c), defendant United States
19 Department of Justice voluntarily consents to have a United States Magistrate Judge conduct any and all
20 further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the
21 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

22 DATED:  August 11, 2015                Respectfully submitted,
23
                                          MELINDA HAAG
24                                        United States Attorney

25
                                          /S/
26                                        JAMES A. SCHARF
                                          Assistant United States Attorney
27                                        Attorney for Defendant

28