HANNI FAKHOURY (SBN 252629)
hanni@eff.org
JENNIFER LYNCH (SBN 240701)
jlynch@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorney for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendant. | Case No.: 15-cv-03186-MEJ <br><br> **NOTICE OF CHANGE IN COUNSEL** <br><br> Action Filed: July 9, 2015 |

TO THE COURT AND ALL ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Hanni M. Fakhoury (State Bar No. 252629), hanni@eff.org, is no longer counsel of record for Electronic Frontier Foundation in this matter. Jennifer Lynch of Electronic Frontier Foundation remains counsel of record for Plaintiff Electronic Frontier Foundation and should continue to receive all notices, correspondence, and pleadings.

DATED: October 28, 2015

By: /s/ Hanni Fakhoury
Hanni Fakhoury
Jennifer Lynch
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION