UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No.  15-cv-03186-MEJ |
| Plaintiff, | **ORDER CONTINUING HEARING** |
| v. | Re: Dkt. Nos. 19, 23 |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on the parties' cross-motions for summary judgment, currently set for May 5, 2016, is CONTINUED to May 19, 2016, at 10:00 a.m. in Courtroom B on the 15th Floor of Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, California.  Briefing deadlines are unaffected.

**IT IS SO ORDERED.**

Dated: March 29, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court
Northern District of California