UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELECTRONIC FRONTIER FOUNDATION, | Case No. 15-cv-03186-MEJ |
|---|---|
| Plaintiff, | **REQUEST FOR CLARIFICATION** |
| v. | Re: Dkt. Nos. 19, 23 |
| UNITED STATES DEPARTMENT OF JUSTICE, | |
| Defendant. | |

In reviewing the parties' Summary Judgment Motions and supporting materials, the Court has discovered an inconsistency with respect to the numbering of a certain withheld document and seeks clarification from the parties as to whether this is a mere typographical error or an issue that requires further briefing. Specifically, while Plaintiff, the Electronic Frontier Foundation ("EFF"), appears to be challenging the Government's decision to withhold Document *27*, the Government's supporting materials all refer to Document *28*. *See* Pl.'s Mot. for Summ. J. at 7, Dkt. No. 23 (listing Document 27 in chart summarizing documents withheld under Exemption 5); Pl.'s Opp'n/Reply at 4-5, Dkt. No. 30 (referring to document number 27); Def.'s Mot. for Summ. J. at 11, Dkt. No. 19 (referring to Document 28); Myrick Decl. ¶¶ 36, 42, Dkt. No. 21 (also referring to Document 28); Def.'s Opp'n/Reply at 6, Dkt. No. 25 (referring to Document 28). The Government withheld both documents according to the Vaughn Index. Exs. to Myrick Decl., Exhibit O (Vaughn Index) at 83-91, Dkt. No. 22.

The Court thus ORDERS the parties to meet and confer and submit a joint statement by May 11, 2016 as to whether Document 27 or Document 28 is at issue. If this discrepancy is more than a typographical error, the parties should also address whether they require further briefing.

**IT IS SO ORDERED.**

Dated: May 3, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge