UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>        Defendant. | Case No.  15-cv-03186-MEJ<br><br>**ORDER VACATING HEARING AND ORDERING SUPPLEMENTAL BRIEFING**<br><br>Re: Dkt. Nos. 19, 23 |

The Court hereby **VACATES** the hearing in this matter scheduled for Thursday, May 18, 2016 in light of recently discovered case law, *Hamdan v. United States Department of Justice*, 797 F.3d 759, 777 (9th Cir. 2015).  Neither of the parties addressed *Hamdan*'s potential impact on FOIA[1] Exemption 7(E) or segregability.  The Court consequently **ORDERS** the parties to provide supplemental briefing concerning how *Hamdan* affects the parties' FOIA Exemption 7(E) and segregability arguments.  Each party may file a supplemental brief on these two issues of no more than eight pages, double-spaced **by June 1, 2016**.  The parties may file replies on these same two issues **by June 15, 2016**.  They may also provide declarations in support of their supplemental briefs.

        **IT IS SO ORDERED.**

Dated: May 17, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge

---

[1] Freedom of Information Act, 5 U.S.C. § 552.

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California