AARON MACKEY (SBN 286647)
amackey@eff.org
ADAM D. SCHWARTZ (SBN 309491)
adam@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 15-cv-03186-TSH |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| v. | |
| DEPARTMENT OF JUSTICE, | Hon. Thomas S. Hixson |
| Defendant. | |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims and counterclaims stated herein against all parties.

DATED: November 1, 2018          Respectfully submitted,

*/s/ Adam Schwartz*
Adam Schwartz

Aaron Mackey
Electronic Frontier Foundation

815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
Email: adam@eff.org
aaron@eff.org

*Attorneys for Plaintiff*
*Electronic Frontier Foundation*


/s/ James A. Scharf
James A. Scharf

Office of the United States Attorney
Civil Division, San Jose
150 Almaden Blvd., Suite 900
San Jose, CA 95113
(408) 535-5044
Fax: (408) 535-5081
Email: james.scharf@usdoj.gov

*Attorneys for Defendant*
*Department of Justice*

# DECLARATION PURSUANT TO CIVIL L. R. 5-1(i)(3)

I, Adam Schwartz, attest that I have obtained the concurrence of James A. Scharf, counsel for Defendant, in the filing of this document.

Executed on November 1, 2018, in San Francisco, California.

/s/ Adam Schwartz
Adam Schwartz


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 2, 2018

THOMAS S. HIXSON
United States Magistrate Judge